**Milford WILLIAMS, Appellant, v. UNITED STATES, Appellee.**

No. 8296.

Circuit Court of Appeals, Sixth Circuit.

May 5, 1939.

Ray E. Hughes and John F. Seidel, both of Columbus, Ohio, for appellant.

Haveth E. Mau, U. S. Atty., of Cincinnati, Ohio.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that the appeal in this case has been abandoned, it is now ordered that the appeal be and the same is hereby docketed and dismissed, the costs to be charged against the Government as constructive earnings.

■

**W. S. and J. E. GRAHAM COMPANY et al. v. George A. JOHNSON, Individually and d. b. a. The Johnson Milk Company.**

Circuit Court of Appeals, Sixth Circuit.

April 11, 1939.

Rich & Willis, of Detroit, Mich., for appellants.

Edmund M. Sloman, of Detroit, Mich., for appellee.

Before HICKS and SIMONS, Circuit Judges.

PER CURIAM.

Upon reading and filing the stipulation of counsel attached hereto, and it appearing that the attorneys for the petitioning creditors and the attorneys for the respondent have stipulated and agreed to a dismissal of the appeal, now, therefore, it is hereby ordered and the appeal hereinbefore taken, shall be and the same is hereby dismissed without costs to either party, and the appeal bond cancelled and the surety thereon discharged.